**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

MARK HEIM AND WANDA HEIM,
TRUSTEE OF THE MARK HEIM AND
WANDA HEIM JOINT REVOCABLE
TRUST,

               Respondents

             v.

HOWARD L. EISSLER AND ANN M.
EISSLER,

               Petitioners

:  No. 720 MAL 2019
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 21st day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.